UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHILIP HOPKINS,

    Plaintiff,

vs.                                                      Case No.  3:07-cv-147-J-32MCR

THE CITY OF JACKSONVILLE,

    Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for <u>Pro Hac Vice</u> Admission and Request for Additional Time to Find Local Counsel (Doc. 5) filed May 8, 2007. Attorneys, Dennis R. Thompson and Christy B. Bishop, seek admission <u>pro hac vice</u> to represent Plaintiff in this matter.  Both Mr. Thompson and Ms. Bishop are licensed to practice in the state of Ohio and are members of the United States District Courts for the Northern and Southern Districts of Ohio.  Counsel also ask for an extension of time in which to designate local counsel.

    Local Rule 2.02(a) of the Local Rules for the Middle District of Florida provides that, "the non-resident attorney shall pay a fee equal to the fee prescribed in Rule 2.01(d), and the written designation shall certify the non-resident attorney's payment of the fee."  Here, the motion and a review of the docket indicate that Mr. Thompson and Ms. Bishop have paid the fee.

    The Court would also note that any attorney who appears specially pursuant to Local Rule 2.02(a) or (b) is also deemed to be governed by, among other things, all

Local Rules of the United States District Court, Middle District of Florida, and the Code of Professional Responsibility that sets forth the proper professional behavior of members of the Florida Bar.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.  The parties may want to pay particular attention to Local Rule 3.01(g), which requires a moving party to confer with opposing counsel prior to filing most motions and to advise the Court whether counsel agree on the resolution of the motion.[1]

Accordingly, after due consideration, it is

**ORDERED**:

1. Plaintiff's Motion for Pro Hac Vice Admission and Request for Additional Time to Find Local Counsel (Doc. 5) is **GRANTED**.

2. Dennis R. Thompson and Christy B. Bishop may appear specially as counsel for Plaintiff in this cause in accordance with Local Rule 2.02.

3. No later than **May 28, 2007**, counsel for Plaintiff shall file a written designation and consent-to-act as required by Local Rule 2.02(a).

---

[1] The instant motion does not contain a certificate as required by Local Rule 3.01(g).  In the future any motions not complying with the Local Rules will be either denied without prejudice or stricken.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  9th  day of May, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record