UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHILIP HOPKINS,

    Plaintiff,

vs.                                               Case No.  3:07-cv-147-J-32MCR

THE CITY OF JACKSONVILLE,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion to Disallow Deposition (Doc. 43) filed June 12, 2008.  In the Motion, Defendant seeks a protective order prohibiting Plaintiff from taking the deposition of Mayor Peyton.  On June 13, 2008, the undersigned entered an Order directing the parties to confer regarding the Motion and to file a notice regarding their conference.  (Doc. 45).  The parties have done so and it appears they have resolved the matters at issue in the instant Motion at this time.  Accordingly, the Court will deny the instant Motion as moot.  The Court thanks the parties and counsel for their efforts at resolving this dispute and is optimistic the parties will be able to conduct the remaining depositions without further Court involvement.

    Accordingly, it is hereby

    **ORDERED**:

    Defendant's Motion to Disallow Deposition (Doc. 43) is **DENIED** as moot.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  25th   day of June, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record